UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.13-11458-RWZ

HARRY VARGAS

v.

UNITED STATES OF AMERICA, *et al.*

JUDGMENT

August 14, 2018

ZOBEL, S.D.J.

The court having

(1) dismissed defendants, Federal Bureau of Prisons, Metropolitan Detention Center, Brooklyn, NY, and Federal Medical Center, Devens on December 29, 2013, (Docket # 7), and

(2) allowed motions to dismiss of

(a) the federal defendants - United States of America, Camren Lindsay, Raul Campos, M.D. Sandra Howard, Steven Martin and Peter Goldstein and

(b) New York Downtown Hospital

all on March 11, 2013 (Docket # 67), and

(3) allowed the motion to dismiss of Dr. Lerner on July 27, 2018 (Docket # 76),

It is ORDERED:

That judgment be and it hereby is entered dismissing the complaint against each of the above named defendants with prejudice.

It is further ORDERED:

That judgment be and hereby is entered dismissing the complaint against Herbert Beam for failure to prosecute.

|  |  |
|---|---|
| ___August 14, 2018___ | ___/s/Rya W. Zobel___ |
| DATE | RYA W. ZOBEL<br>SENIOR UNITED STATES DISTRICT JUDGE |